Your Name: Tre Danforth
Address: 304 s Jones Blvd
City, State, Zip las vegas NV 89107
Telephone: 2068410376
Email Address: Ashanticoncrete@gmail.com
Self-Represented

✓ FILED          ___ RECEIVED
___ ENTERED      ___ SERVED ON
COUNSEL/PARTIES OF RECORD

SEP 15 2025

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ M2 _____ DEPUTY

## DISTRICT COURT
Clark          COUNTY, NEVADA

| | |
|---|---|
| Tre Danforth | CASE NO.: 2:25-cv-01144-GMN-MDC |
| Plaintiff, | DEPT: _____ |
| vs. | |
| City of las vegas | |
| Defendant. | |

### Application to Proceed in Forma Pauperis

Pursuant to NRS 12.015, and based upon the information contained in this Application and Affidavit, I request permission from this Court to proceed without paying filing fees, or other costs and fees as provided in NRS 12.015 because I lack sufficient financial ability.

I understand that if approved, the order allowing me to proceed in forma pauperis will be valid for one year. I will be required to file a new Application to Proceed in Forma Pauperis if I need further filing fees and court costs and fees waived after one year.

**EMPLOYMENT:** (☒ *check one*)

☐ I am unemployed.

☐ I am employed. My employer is _____ and my job title is _____.

☒ I am self-employed. The name of my business is _Freelance_.

© 2017 Nevada Supreme Court

| | Personal Income (write "0" for any income you do not have) | |
|---|---|---|
| A | Monthly Wages from Employment (before taxes) | $ 200 |
| B | Monthly Tip Income | $ 0 |
| C | Monthly Unemployment Benefits | $ |
| D | Public Benefits/Assistance received each month<br>□ TANF  □ SSD  □ SSI  ☑ food stamps  □ other: _____ | $ 295 |
| E | Social Security | $ 0 |
| F | Retirement / Pension | $ 0 |
| G | Monthly Child Support received | $ 0 |
| H | Other: _____ | $ |
| | TOTAL INCOME (add lines A-H) | $ 0 |

| | Household Information | |
|---|---|---|
| A | How many adults (18 and up) live in the home (include yourself)? | 1 |
| B | How many children (under 18) live with you? | 0 |
| | TOTAL HOUSEHOLD SIZE (add A+B) | 0 1 |

| Household Information | | |
|---|---|---|
| List the names of the adults you live with and their estimated monthly earnings: | | |
| Name: | Relationship: | $ |
| Name: | Relationship: | $ |
| Name: | Relationship: | $ |

| | Monthly Expenses (write "0" for any expense you do not have) | |
|---|---|---|
| A | Rent / Mortgage | $ 0 |
| B | Utilities (electricity, gas, phone, other utilities) | $ 58 |
| C | Food | $ 295 |
| D | Child Care | $ 0 |
| E | Medical Expenses (including health insurance) | $ 0 |
| F | Transportation (insurance, gas, bus fare, etc.) | $ 150 |
| G | Other: _____ | $ |
| | TOTAL EXPENSES (add lines A-G) | $ 0 345 |

| Assets (write "n/a" and "0" for any assets you do not have) | | |
|---|---|---|
| **Asset** | **What It's Worth** | **What you Owe** |
| Checking Account | $ 0 | n/a |
| Savings Account | $ 0 | n/a |
| Car (*year/make/model*): 1994/TOYOTA/CAMRY | $ 200 | $ 0 |
| House / Real Estate You Own (*address:_____ N/A _____*) | $ 0 | $ 0 |
| Other: | $ | $ |

## Declaration in Support of Request to Proceed In Forma Pauperis

Briefly explain your current financial situation and why you are unable to pay the filing fee. For example, if you are unemployed explain why, for how long, and what efforts you are making to obtain employment. If you are temporarily living with a friend or relative explain for how long and how they help you financially. I Bought my car from the auction and paid cash under the contract I Had to get multiple cars. I Bought 3 cars with money I got for the contract. 2 I was paid to Buy, fix, Rent, and sell for my Busines Partner. I Bought The third with the 600 Dollars I hope for finding The other 2 cars. I Just got The title in the mail from The auction so i called The title loan Place to see if I could get the money To Pay for this case and they said my car is Too old. All i Had at the Time of the contract was 1 food Delivery app and I got Deactivated and now I literally JUST Got on a few new apps But I Had TO

I declare under penalty of perjury under the law of the State of Nevada that the foregoing is true and correct.

| 9/13/2025 | Tre Danforth | _Tre Danforth_ |
|---|---|---|
| Date | Printed Name | Signature |

Renew my food stamps account Because i Put all the money I Had at the Time I Had The contract into fixing The cars I lost on the Tow Truck, I Do not Have a credit card I only spend money I actually have already made. I Dont Have a Place That I own I usually make alot of money in a short time and pay all my bills ahead of time and stay at AiBNBs and hotels and sometimes with friends. But I converted my car into a Recording studio.

Before [redacted] as a science projet with solar panels and batteries and I got my business license and food handelers card and a portable freezer and other parts so I can deliver frozen vegan smoothies to people and promote my music to drive up my royalties and I have people in the music busines who are ready to invest in me The same way my partner with the cars invested into me But situations like this scare these people away. They are just meeting me and me getting arrested for no reason and losing the cars and the time and energy we put into them. If nobody that i like to be around invites me to stay with them and I dont have money to get an airbnb for at last a month then I take naps in my car. I have a storage unit with clothes and electronics. none of my electronics are able to go back to the store or the pawn shop and nobody wants to buy them for as much money as i need for them. I have a laptop, a camera, a microphone, a sound interface, a xbox controller. none of my stuff is new enough to sell/pawn for anything near the amount i need. I dont always pay my phone bill. I also set free service. I paid my insurance before I got Deactivated but since i lost the cars and the contract I have not got another all that pays me enough. my car already came with issues because we had the intention of fixing it up with the funding my partner was getting for us, I put my good car on the tow truck and got in my new rust bucket thinking to get the chance to fix it when i got to new mexico But I never made it. it isnt a bad car But it dosent go into Reverse anymore and I dont have the money to fix it as of Today. I had a gym membership that I use to shower if i cant get a airbnb or hang out with friends. I Have not been able to pay the bill and its into the hundreds so i am missing showers. please. I dont have help from anybody I dont have enough equity in my bussinesses to get a loan. I dont have anybody I can ask for money. I am trying my best.

**Judgments, Minute Orders/Orders & Writs**
2:25-cv-01144-GMN-MDC
Danforth v. City of Las Vegas et
al

IFP

## United States District Court

### District of Nevada

## Notice of Electronic Filing

The following transaction was entered on 8/15/2025 at 2:47 PM PDT and filed on 8/15/2025
**Case Name:**          Danforth v. City of Las Vegas et al
**Case Number:**      2:25-cv-01144-GMN-MDC
**Filer:**
**Document Number:** 4

**Docket Text:**
ORDER.

IT IS ORDERED that plaintiff's [2] Application to Proceed *in forma pauperis* is DENIED without prejudice.

IT IS FURTHER ORDERED that by September 15, 2025, plaintiff shall either (1) file the long form application to proceed *in forma pauperis* as specified in the Court's order or (2) plaintiff must pay the full fee for filing a civil action.

Failure to timely comply with this Order may result in a recommendation that this case be dismissed with prejudice.

Signed by Magistrate Judge Maximiliano D. Couvillier, III on 8/15/2025. (Copies have been distributed pursuant to the NEF - AMMi)


**2:25-cv-01144-GMN-MDC Notice has been electronically mailed to:**

**2:25-cv-01144-GMN-MDC Notice has been delivered by other means to:**

Tre Danforth
304 S. Jones Blvd #6544
Las Vegas, NV 89107

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1101333072 [Date=8/15/2025] [FileNumber=12036117-0] [253dea646d5f6f527880671b10651710f9c48b972690038bd77fbdfabe7f32ea1f65eb8982a69ab4d9417e50ea6110d5d3c0a38129e3c516e021872a2d8d0af1]]

Case 2:25-cv-01144-GMN-MDC   Document 4   Filed 08/15/25   Page 1 of 5

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Tre Danforth, | 2:25-cv-01144-GMN-MDC |
| Plaintiff, | |
| vs. | **ORDER DENYING APPLICATION TO PROCEED IN FORMA PAUPERIS (EFC NO. 2)** |
| City of Las Vegas, et al., | |
| Defendant. | |

Pro se plaintiff Tre Danforth filed an *Application to Proceed in Forma Pauperis* ("IFP"). *ECF No. 2*. The Court DENIES plaintiff's IFP application without prejudice, with leave to refile.

## I.   LEGAL STANDARD

Under 28 U.S.C. § 1915(a)(1), a plaintiff may bring a civil action "without prepayment of fees or security thereof" if the plaintiff submits a financial affidavit that demonstrates the plaintiff "is unable to pay such fees or give security therefor." The Ninth Circuit has recognized that "there is no formula set forth by statute, regulation, or case law to determine when someone is poor enough to earn IFP status." *Escobedo v. Applebees*, 787 F.3d 1226, 1235 (9th Cir. 2015). An applicant need not be destitute to qualify for a waiver of costs and fees, but he must demonstrate that because of his poverty he cannot pay those costs and still provide himself with the necessities of life. *Adkins v. E.I DuPont de Nemours & Co.*, 335 U.S. 331, 339 (1948).

The applicant's affidavit must state the facts regarding the individual's poverty "with some particularity, definiteness and certainty." *United States v. McQuade*, 647 F.2d 938, 940 (9th Cir. 1981) (citation omitted). If an individual is unable or unwilling to verify his or his poverty, district courts have the discretion to make a factual inquiry into a plaintiff's financial status and to deny a request to proceed

1    in forma pauperis. See, e.g., *Marin v. Hahn*, 271 Fed.Appx. 578 (9th Cir. 2008) (finding that the district

2    court did not abuse its discretion by denying the plaintiff's request to proceed IFP because he "failed to

3    verify his poverty adequately"). "Such affidavit must include a complete statement of the plaintiff's

4    personal assets." *Harper v. San Diego City Admin. Bldg.*, No. 16cv00768 AJB (BLM), 2016 U.S. Dist.

5    LEXIS 192145, at 1 (S.D. Cal. June 9, 2016). Misrepresentation of assets is sufficient grounds in

6    themselves for denying an in forma pauperis application. *Cf. Kennedy v. Huibregtse*, 831 F.3d 441, 443-

7    44 (7th Cir. 2016) (affirming dismissal with prejudice after litigant misrepresented assets on in forma

8    pauperis application).

9            The District of Nevada has adopted three types of IFP applications: a "Prisoner Form" for

10   incarcerated persons and a "Short Form" (AO 240) and "Long Form" (AO 239) for non-incarcerated

11   persons. The Long Form requires more detailed information than the Short Form. The court typically

12   does not order an applicant to submit the Long Form unless the Short Form is inadequate, or it appears

13   that the plaintiff is concealing information about his income for determining whether the applicant

14   qualifies for IFP status. When an applicant is specifically ordered to submit the Long Form, the correct

15   form must be submitted, and the applicant must provide all the information requested in the Long Form

16

17   so that the court is able to make a fact finding regarding the applicant's financial status. See *e.g. Greco v.*

18   *NYE Cty. Dist. Jude Robert Lane*, No. 215CV01370MMDPAL, 2016 WL 7493981, at 3 (D. Nev. Nov.

19   9, 2016), report and recommendation adopted sub nom. *Greco v. Lake*, No. 215CV001370MMDPAL,

20   2016 WL 7493963 (D. Nev. Dec. 30, 2016).

21   **II.      PLAINTIFF'S IFP APPLICATION**

22            Plaintiff filed the short form IFP application. *ECF No. 2.* Plaintiff states he is self-employed, and

23   that in the last twelve months, he received $100 in music royalties, and he has contracts to fix cars. *Id. at*

24   *1.* He states that he has no money in his bank account, and that he has a car but he does not have the

25

Case 2:25-cv-01144-GMN-MDC    Document 4    Filed 08/15/25    Page 3 of 5

1  title, so it is not worth anything to him. *Id. at 2*. Plaintiff states that he has about $425 worth of expenses

2  per month, no dependents, and no debts. *Id.*

3       Plaintiff does not provide an explanation regarding how he pays his bills given that he has only

4  made $100 in the past twelve months. Plaintiff also does not account for how he pays for groceries or

5  other basic needs in his response. Plaintiff states he does not have the title to his car—which implies that

6  he is making payments on the car—but plaintiff does not provide any other details about his expenses

7  for the car. Additionally, not having a car title is common when financing a vehicle and does not mean

8  the vehicle has no value.  Plaintiff must state the value of his car.  The Court finds that his IFP

9  application is incomplete. The Court cannot determine if plaintiff qualifies for IFP status. The Court will

10  allow plaintiff another opportunity to show that he qualifies for IFP status. Plaintiff must resubmit the

11  long form application. Plaintiff must answer all questions on the long form with detailed explanations

12  about his income and expenses. Plaintiff cannot leave any questions blank or respond that a question is

13  "N/A" without an explanation. In response to question eleven on the long form, plaintiff must explain in

14  detail why he cannot afford the filing fee, how he lives without a steady income, how he pays for

15  groceries, and whether he makes payments on his car.

16

17  //

18  //

19  //

20  //

21  //

22  //

23  //

24  //

25

**IT IS SO ORDERED THAT:**

1. Plaintiff's *Application To Proceed In Forma Pauperis* (ECF No. 2) is DENIED without prejudice.

2. By **September 15, 2025**, plaintiff shall either (1) file the long form application to proceed in forma pauperis as specified in the Court's order or (2) plaintiff must pay the full fee for filing a civil action.

3. Failure to timely comply with this Order may result in a recommendation that this case be dismissed with prejudice.

DATED August 15, 2025.

Hon. Maximiliano D. Couvillier III
United States Magistrate Judge

**NOTICE**

Pursuant to Local Rules IB 3-1 and IB 3-2, a party may object to orders and reports and recommendations issued by the magistrate judge. Objections must be in writing and filed with the Clerk of the Court within fourteen days. LR IB 3-1, 3-2. The Supreme Court has held that the courts of appeal may determine that an appeal has been waived due to the failure to file objections within the specified time. *Thomas v. Arn*, 474 U.S. 140, 142 (1985). This circuit has also held that (1) failure to file objections within the specified time and (2) failure to properly address and brief the objectionable issues waives the right to appeal the District Court's order and/or appeal factual issues from the order of the District Court. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991); *Britt v. Simi Valley United Sch. Dist.*, 708 F.2d 452, 454 (9th Cir. 1983). Pursuant to LR IA 3-1, plaintiffs must immediately file written notification with the court of any change of address. The notification must include proof of service upon

4

each opposing party's attorney, or upon the opposing party if the party is unrepresented by counsel.

**Failure to comply with this rule may result in dismissal of the action.**